

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2019

No. 04-18-00509-CV

**TITLE SOURCE, INC.**,
Appellant

v.

**HOUSECANARY INC.**, formerly known as Canary Analytics, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06300
Honorable David A. Canales, Judge Presiding

## O R D E R

The Verified Motion Requesting Permission for Kalpana Srinivasan to participate Pro Hac Vice is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court